**Order filed, January 8, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-19-00929-CV**
_____

**ROBERTO MEDRANO, ET AL, Appellant**

**V.**

**INVUM THREE LLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1138581**

---

## ORDER

The reporter's record in this case was due December 27, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Alexandra L. McDaniel, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Spain and Poissant.